| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
DISTRICT OF VIRGIN ISLANDS

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    PSI Tire Supply, LLC

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    66-0737781

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9010 Estate Cottage, Ste 2<br>Christiansted, VI 00820 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Saint Croix | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **PSI Tire Supply, LLC**_____    Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor **PSI Tire Supply, LLC** _____  Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **PSI Tire Supply, LLC**                                         Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **PSI Tire Supply, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 10, 2024**
MM / DD / YYYY

X **/s/ Jean Patrick Vivot**                    **Jean Patrick Vivot**
Signature of authorized representative of debtor    Printed name

Title  **Authorized Representative**

**18. Signature of attorney**

X **/s/ Semaj I. Johnson**                    Date **June 10, 2024**
Signature of attorney for debtor                    MM / DD / YYYY

**Semaj I. Johnson**
Printed name

**The Johnson Firm**
Firm name

**2111 Company Street**
**Suite 3**
**Christiansted, VI 00820**
Number, Street, City, State & ZIP Code

Contact phone  **340-208-9134**    Email address  **semaj@johnsonlawvi.com**

**1151 VI**
Bar number and State

Debtor **PSI Tire Supply, LLC**  Case number *(if known)*
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF VIRGIN ISLANDS

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Abacus International, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Virgin Islands** | When | Case number, if known | |
| Debtor | **Axis Development, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Virgin Islands** | When | Case number, if known | |
| Debtor | **Caribbean Crane & Rigging, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Virgin Islands** | When | Case number, if known | |
| Debtor | **Eleven Construction, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Virgin Islands** | When | Case number, if known | |
| Debtor | **TTA Logistics, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Virgin Islands** | When | Case number, if known | |
| Debtor | **Valdez Industrial Group, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Virgin Islands** | When | Case number, if known | |
| Debtor | **Vivot Equipment Corporation** | | Relationship to you | **Affiliate** |
| District | **District of Virgin Islands** | When | Case number, if known | |
| Debtor | **Vivot Equipment PR, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Virgin Islands** | When | Case number, if known | |
| Debtor | **Vivot Industries Virgin Islands, LLC** | | Relationship to you | **Affiliate** |
| District | **District of Virgin Islands** | When | Case number, if known | |

Fill in this information to identify the case:

Debtor name: **PSI Tire Supply, LLC**

United States Bankruptcy Court for the: **DISTRICT OF VIRGIN ISLANDS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Department of Labor<br>P.O. BOX 303159<br>St Thomas, VI 00802 | | | | | | $158,754.85 |
| Thomas Financial USAF<br>3060 Peachtree Rd # 1855<br>Atlanta, GA 30305 | | | | | | $108,000.00 |
| V. I Department of Labor<br>PO BOX 303159<br>St Thomas, VI 00802 | | | | | | $42,604.67 |
| VI Bureau of Internal Revenue<br>4008 Estate Diamond Plot 7 -B<br>Christiansted, VI 00820 | | | | | | $90,769.74 |
| Virgin Islands Department of Labor<br>4401 Sion Farm<br>Christiansted, VI 00820 | | | | | | $2,975.00 |
| Virgin Islands Employment Service Agency<br>4401 Sion Farm Ste 1<br>Christiansted, VI 00820-4245 | | | | | | $338,646.29 |

PSI TIRE SUPPLY, LLC
9010 ESTATE COTTAGE, STE 2
CHRISTIANSTED, VI 00820


SEMAJ I. JOHNSON
THE JOHNSON FIRM
2111 COMPANY STREET
SUITE 3
CHRISTIANSTED, VI 00820

DEPARTMENT OF LABOR
P.O. BOX 303159
ST THOMAS, VI 00802


THOMAS FINANCIAL USAF
 3060 PEACHTREE RD # 1855
ATLANTA, GA 30305


V. I DEPARTMENT OF LABOR
PO BOX 303159
ST THOMAS, VI 00802


VI BUREAU OF INTERNAL REVENUE
4008 ESTATE DIAMOND PLOT 7 -B
CHRISTIANSTED, VI 00820


VIRGIN ISLANDS DEPARTMENT OF LABOR
4401 SION FARM
CHRISTIANSTED, VI 00820


VIRGIN ISLANDS EMPLOYMENT SERVICE AGENCY
4401 SION FARM STE 1
CHRISTIANSTED, VI 00820-4245